# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) ) ) ) | Case No. <u>10-60603</u> |
| Charles Glenn | ) ) | Judge: <u>CALDWELL</u> |
|  | ) ) |  |
| Debtor | ) | Chapter: 13 |

## NOTICE OF CHANGE OF ADDRESS

NAME OF PARTY TO BE CHANGED:    Debtor;    Charles Glenn

FORMER ADDRESS:                338 Lechner Ave
                               Columbus, OH 43223

NEW ADDRESS:                   551 ½ East Beck Street
                               Columbus, OH 43206

DATE: Tuesday, December 02, 2014        */s/ Michael A. Cox*
                                        Michael A. Cox (0075218)
                                        Attorney for Debtor
                                        Guerrieri & Cox
                                        2500 North High Street, Ste. 100
                                        Columbus, OH 43202
                                        (614) 267-2871

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Tuesday, December 02, 2014.

                                        */s/ Michael A. Cox*
                                        Michael A. Cox (0075218)
                                        Attorney for Debtor